■ In the Matter of RAMEL B., a Person Alleged to be a Juvenile Delinquent, Appellant. [774 NYS2d 325]—Order of disposition,

Family Court, Bronx County (Harold J. Lynch, J.), entered on or about November 25, 2002, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant committed an act which, if committed by an adult, would constitute the crime of resisting arrest, and imposed a conditional discharge for a period of 12 months, unanimously affirmed, without costs.

The petition and supporting deposition alleged facts, which, if true, establish that appellant resisted an arrest that was authorized by law (*see* Penal Law § 205.30; *cf. People v Alejandro*, 70 NY2d 133 [1987]).

The court's finding was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for disturbing the court's determinations concerning credibility, including its weighing of conflicting testimony. We note that the officer's testimony was corroborated by that of a bus dispatcher that appellant was behaving in a disorderly fashion and had resisted arrest.

The court properly concluded that a conditional discharge was an appropriate disposition and declined to dismiss the petition. Concur—Tom, J.P., Saxe, Ellerin, Lerner and Gonzalez, JJ.